# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>NANCY GRESHAM LUCIA,<br><br>Defendant. | Case No.: 20CR2818-WQH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION** |

The United States has filed a Motion to Dismiss the Information under Federal Rule of Criminal Procedure 48(a). For the reasons stated there, the Motion to Dismiss is hereby GRANTED. The Information (ECF No. 15) is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: April 29, 2021

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court